**Wilbert Wesley LEWIS,
Plaintiff–Appellant,**

v.

**W.G. BOUCHER, personally and in his official capacity as a Police Officer for the City of Roanoke, Defendant–Appellee,**

and

**City of Roanoke; Atlas Gaskins, personally and in his official capacity as Chief of Police for the City of Roanoke, Defendants.**

No. 02–2466.

United States Court of Appeals,
Fourth Circuit.

Submitted July 22, 2003.

Decided Sept. 8, 2003.

Wilbert Wesley Lewis, Appellant Pro Se. Elizabeth Kay Dillon, City Attorney's Office, Roanoke, Virginia; Jim Harold Guynn, Jr., Guynn & Memmer, P.C., Roanoke, Virginia, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Wilbert Wesley Lewis appeals the district court's order denying relief in his 42 U.S.C. § 1983 (2000) action, pursuant to the jury's verdict. Lewis has not provided a transcript, and he fails to establish a basis to have a transcript prepared at government expense. 28 U.S.C. § 753(f) (2000). We have reviewed the existing record and find no basis for appellate relief. Accordingly, we affirm the district court's order. *See Lewis v. Boucher,* No. CA–00–566–7 (W.D.Va. Nov. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*